UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-199-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND LEE BRYANT, JR. | ORDER |

This matter is before the court on defendant's motion for a competency evaluation pursuant to 18 U.S.C. §4241. For good cause shown, the motion is ALLOWED. It is hereby ORDERED that a psychiatric or psychological examination of defendant be conducted pursuant to 18 U.S.C. §4247(b) in order to determine whether defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Following the examination, a report shall be filed with the court and copies served on counsel for defendant and the United States Attorney as provided by 18 U.S.C. §4247( c).

The delay occasioned by the granting of the motion is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(7)(A). The undersigned finds, after weighing all relevant factors, that the interests of justice are best served by granting the motion.

IT IS SO ORDERED.

This 25th day of May, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge