UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-199-FL

| UNITED STATES OF AMERICA | ORDER |
| --- | --- |
| v. | |
| RAYMOND LEE BRYANT, JR. | |

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender, the requirement to file Joint Status Reports every thirty (30) days is hereby STRICKEN.

IT IS SO ORDERED.

This 22nd day of June, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge