IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:18-CR-199-FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| RAYMOND LEE BRYANT, JR. | |

Upon motion of the United States and for good cause shown, the government's Motion to Seal is hereby GRANTED and the Clerk of Courts is directed to seal the government's Notice of Intent to Seek § 4246 Evaluation Instead of Forcible Medication, Docket Entry 37.

IT IS SO ORDERED, this __5th__ day of February 2019.

_____
LOUISE W. FLANAGAN
United States District Judge